# United States District Court

**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
August 22, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ch  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Henry Garcia**<br>**REG#: 93183-298** | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 2:24-MJ-05103-DUTY |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about August 12, 2024, in Los Angeles County, in the Central District of California, defendant Henry GARCIA escaped from the custody of the United States Attorney General, in violation of Title 18, United States Code, Section 751.

I further state that I am a Deputy U.S. Marshal, and that this Complaint is based on the following facts:

On or about August 12, 2024, the United States Marshals Service received information from James Engleman, on behalf of the Federal Bureau of Prisons, stating that GARCIA had escaped from the Federal Correctional Institution, Terminal Island, located at 1299 S Seaside Ave, San Pedro, CA 90731. According to Bureau of Prisons records, GARCIA is a white, male, approximately 6 feet tall, weighing approximately 170 pounds, with brown hair/or bald and brown eyes. GARCIA is 44 years old and a U.S. citizen.

From my review of court records, I learned the following: on or about December 10, 2021, in the United States Southern District of California, Case No. 3:20-CR-01744-CAB-1, GARCIA was sentenced to a term of 72 months' imprisonment with 3 years' supervised release to follow for a conviction of importation of methamphetamine, importation of heroin, importation of fentanyl, in violation of 21 U.S.C § 952, 960.

On August 12, 2024, at approximately 11:00 am, GARCIA, departed the Federal Correctional Institution, Terminal Island, via U.S Government vehicle to the Long Beach bus station. GARCIA was required to report to the Correctional Alternatives Inc, halfway house, in San Diego, CA to serve the remainder of his sentence. GARCIA never reported to the Correctional Alternatives Inc, halfway house, in San Diego, CA. GARCIA's current whereabouts remain unknown.

Continued the attached sheet and made a part hereof:    ☒ Yes  ☐ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

/ s / Rene Luna
**Signature of Complaint**

Deputy U.S. Marshal
at Los Angeles, California

August 22, 2024
**Date**

**City and State**

The Honorable Brianna Mircheff, U.S. Magistrate Judge
**Name & Title of Judicial Officer**

*BMircff* (signature)
**Signature of Judicial Officer**